ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 JUL 24 P 12: 41
CLERK_____
SO. DIST. OF GA.

DONALD WAYNE TOENNIGES,   )
)
    Plaintiff,   )
)
v.   )   CV 311-083
)
JOSE MORALES, Warden,   )
)
    Defendant.   )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 55). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant's motion to dismiss is **DENIED**.[1]

SO ORDERED this 24th day of July, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 12(a)(4), Defendant shall file his Answer within fourteen days of the date of this Order. Upon the filing of Defendant's Answer, the Clerk shall issue a Scheduling Notice setting the deadlines in this case.