UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

DONALD W. TOENNIGES,

    Petitioner/Appellant,

vs.

JOSE MORALES, Warden,

    Respondent/Appellee.

Civil Action No. CV311-083
U.S.C.A. No. 14-11009-AA

## ORDER

The appeal from the earlier Judgment of this Court in the above case having been **DISMISSED** for failure to prosecute by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Order of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court. This Court's Order of February 7, 2014 is final in all respects.

**SO ORDERED** this 17 day of November, 2014 at Augusta, Georgia.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE